

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2016

No. 04-16-00226-CR

The **STATE** of Texas,
Appellant

v.

Lauro **RUIZ,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4068
Honorable Andrew Carruthers, Judge Presiding

## O R D E R

The State of Texas, by and through Nicholas "Nico" LaHood, Criminal District Attorney of Bexar County, Texas, has filed an appeal from the trial court's order granting appellee's motion to suppress. TEX. CODE CRIM. PROC. ANN. art. 44.01(a)(5) (West Supp. 2015). The State also requests a stay of the trial court proceedings pending this court's disposition of the appeal. *Id.* art. 44.01(e).

The request for a stay is GRANTED and it is hereby ORDERED that all proceedings in trial court cause number 2015CR4068, styled *State of Texas v. Lauro Eduardo Ruiz*, pending in the 186th Judicial District Court, Bexar County, Texas, are STAYED pending further order of this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court